

P51465/E.Rivera

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

MEMORANDUM **08 CRIM 060**

| | |
|---|---|
| TO: | Jim Molinelli, Miscellaneous Clerk |
| FROM: | Elisha Rivera, Senior United States Probation Officer |
| RE: | Luis Octavio Medrano |
| DATE: | January 3, 2007 |

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On June 24, 2005, the above-named individual was sentenced in the Southern District of Florida outlined in the attached J & C.

In November 2007, we received the Prob. 22's endorsed by the Honorable Daniel T. K. Hurley, U.S. District Court Judge, ordering Mr. Medrano's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5114.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Elisha Rivera
Senior U.S. Probation Officer

