**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

UNITED STATES OF AMERICA,
                Government,

    -against-

LUIS OCTAVIO MEDRANO,
                Defendant.
-------------------------------------------------------------X

08 CR. 60 (RMB)

**<u>ORDER</u>**

The conference previously scheduled for Friday, July 16, 2021 at 11:00 AM is hereby rescheduled to Thursday, July 22, 2021 at 12:00 pm.

In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0860

Dated: July 7, 2021
       New York, NY

                                      _____
                                          RICHARD M. BERMAN
                                                U.S.D.J.