UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

   -against-

LUIS OCTAVIO MEDRANO,
                Defendant.
------------------------------------------------------------X

08 CR. 60 (RMB)

**ORDER**

The conference previously scheduled for Thursday, July 22, 2021 at 12:00 pm is hereby rescheduled to 12:30 pm on the same date.

In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

   USA Toll-Free Number: (877) 336-1829
   Access Code: 6265989
   Security Code: 0860

Dated: July 14, 2021
       New York, NY

                                   _____
                                      RICHARD M. BERMAN
                                           U.S.D.J.