**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                       08 CR. 60 (RMB)
  -against-

                                                                       **ORDER**

LUIS OCTAVIO MEDRANO,
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Thursday, September 2, 2021 at 10:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0860

Dated: August 19, 2021
       New York, NY

                                                      _____
                                                    RICHARD M. BERMAN
                                                         U.S.D.J.