**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                     08 CR. 60 (RMB)

    -against-

                                                                                     **ORDER**

LUIS OCTAVIO MEDRANO,
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing previously scheduled for Thursday, September 2, 2021 at 10:30 AM is now scheduled for Tuesday, August 31, 2021 at 9:00 AM. The hearing is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0860

Dated: August 23, 2021
          New York, NY

                                                                     RICHARD M. BERMAN
                                                                           U.S.D.J.